# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

| | |
|---|---|
| In Re Bankruptcy Petition of: ) | |
| ) | CAUSE NO.:  **13-20931-kl** |
| **Louise Mackerl** ) | |
| ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: MAEYONNA RIGGS – Creditor

\_\_\_07-29-2013\_\_                              By: _____
DATE                                                    Blake N. Dahl  30576-64
                                                              GORDON A. ETZLER & ASSOC, LLP.
                                                              251 INDIANA AVE.
                                                              VALPARAISO, IN 46383
                                                              TEL: 219-531-7787
                                                              FAX: 219-531-4732
                                                              BND@ETZLERLAW.COM