UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: Louise Mackerl         ) CHAPTER 13 PROCEEDINGS
              Debtor(s)       ) CASE NO.: 13-20931

**AMENDED AGREED ORDER**

Comes now Debtor(s), by Counsel, Ricardo R Casas, and comes now Paul Chael, Standing Chapter 13 Trustee, for the purpose of the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2. That the Debtor(s) will _pay pursuant to Amended plan filed 7-17-13. This Agreed order amends the order entered on 7/17/13. AMG_

3. That upon the conditions outlined above and upon the timely payments of Debtor's Chapter 13 plan payments for _August 2013, September 2013_ and _October 2013_ the Trustee's Motion to Dismiss will be withdrawn.

4. In the event the Debtor(s) fail to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee after a five (5) day grace period.

_____ 7/17/13
Attorney for Debtor(s)

_____
Julia M. Hoham, Attorney for   Amy Godshalk
Paul R. Chael, Chapter 13 Trustee
Indiana Attorney No.: 3881-45

Entered: _____

_____
Judge, U.S. Bankruptcy Court